01-1098

June 16, 2001

To the clerk of court:

I hope that the following ~~page~~ page is enough for this court to ~~go~~ do one thing!

And, that's to get me out of this Jail!!

For, upon my being left here! The harassment is just going to continue!

And, Yes, a grievance was sent to Kenneth Burnette!

P.S.- If you gave them a chance to correct the matter! They, therefore, Blew that given chance - By the following page!

Signed:
Robert C. Weldon
DL 7681

Weldon  
V.  
Nork, et al.

June 16, 2001

On Saturday, June 16, 2001, at 8:35 AM, Sgt. Lewis conducted a ~~cell~~ Security check, but instead conducted a cell search. He took the only property box that I had! His statement is is that aren't allowed to have a property box! Where, now, am I supposed to keep my property?! No ~~confiscat~~ confiscation-slip given to me! Therefore, "This "is" pure- blatant - harassment! And, it stems from June 9, 2001!

Note: Told Sgt. that the property box is on the commisary list, but he still took the ~~bo~~ box anyway!

Signed:  
Robert C. Weldon  
DL 7681