**ORIGINAL**

To: Whom Reads this

8/2/2001
FILED
SCRANTON
AUG - 6 2001
P&R
DEPUTY CLERK

I filled out the U.S. Marshal Form(s) 285 that you sent me and sent them back to you. But, I haven't recieved my Fifth copy, yet!

And, I am wondering when I am supposed to recieve it? For, I have not heard or seen any confirmation of any service!

My complaint ~~numb~~ number is as follows:

Re: 1:01-CV-01098    Weldon V. Nork

What I am basically looking for is is confirmation ~~anan~~ and notification on/of



(2)

the current status of the complaint!

Plus, I understand that your office is not ~~for~~ provisioning a person with the service as a Paralegal! ~~See~~ But, what I have looked for, and am still ~~sea~~ searching, and ~~at~~ through. I haven't been able to come across any case or case-law that pertain~~s~~, or has any bearing ~~to~~ my ~~ca~~ complaint!

For, what I ask is ~~is~~ that I be provided with one case that has the issue of Racial and Sexual ~~harass~~ harassment as one combined issue!

Like I said I haven't been able to find a case that has them.

→



as a combined issue! And, it would be an appreciated thank you to you for this ~~to~~ just one time assistance!!!

For, to ~~be~~ be honest, each avenue I go down. I keep coming, to ~~b~~ a dead-end each time in my search!

Thank ~~you~~ You + Respectfully,

Robert C Weldon

DL 7681

RobeRt C. WeldoN

DL-7681

P.S. - Someone in your office keeps placing the wrong state number on the