*See Attachment*

⑨
8/7/01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT C. WELDON,          :
                           :
    Plaintiff              :
                           :    CIVIL NO. 1:CV-01-1098
    vs.                    :
                           :    (Judge Caldwell)
MR. NORK, et al.,          :
                           :
    Defendants             :

O R D E R

AND NOW, this 6th day of August, 2001, it is ordered that the clerk of court shall cause service of process to issue under Fed. R. Civ. P. 4(m) in the above case.

William W. Caldwell
United States District Judge

**FILED**
HARRISBURG, PA

AUG 6 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                    * * MAILING CERTIFICATE OF CLERK * *

                              August 6, 2001


Re:  1:01-cv-01098    Weldon v. Nork


True and correct copies of the attached were mailed by the clerk
to the following:


      Robert C. Weldon
      SCI-D
      SCI at Dallas
      DL 7681
      Drawer K - Follies Rd.
      Dallas, PA  18612-0286




cc:
Judge                          ( ✓ )        ( ✓ ) Pro Se Law Clerk
Magistrate Judge               ( )          (   ) INS
U.S. Marshal                   ( )          (   ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )    w/ memo v order dtd. 8/1/01
Federal Public Defender        ( )
Summons Issued                 ( )    with N/C attached to complt. and served by:
                                      U.S. Marshal ( ✓ )    Pltf's Attorney ( ✗ )

Standard Order 93-5            ( )
Order to Show Cause            ( )    with Petition attached & mailed certified mail
                                      to:  US Atty Gen    ( )   PA Atty Gen ( )
                                           DA of County   ( )   Respondents ( )

Bankruptcy Court               ( )
Other _____          ( )
                                                MARY E. D'ANDREA, Clerk


DATE: 8/6/01                               BY: _____
                                                 Deputy Clerk
```