**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

**MARY E. D'ANDREA**
Clerk of Court



Divisional Offices

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380

October 15, 2001

Mr. Robert Weldon
DL-7681
SCI-Dallas
1000 Follies Road
Dallas, PA 18612

Re: Weldon v. Nork, et al., Civil No. 1:CV-01-1098
    (Judge Caldwell)

Dear Mr. Weldon:

I am writing in response to your letter of October 5, 2001 regarding the case referenced above. Enclosed for your information is a copy of your original complaint. Although there is usually a per page charge for copies, this copy is being provided to you on this one occasion free of charge.

Sincerely,

Lois A. Fuller
Pro Se Office

laf
Enclosure