Oct. 5, 2001

Ms. Mary E. D'andrea

My name is Robert C. Weldon

Case No.: 1:01-CV-01098

FILED
SCRANTON
OCT 19 2001
PER _____
DEPUTY CLERK

I have written to you in concern of my not having a copy of the original complaint sent! And, this is due to my having been confined in the R.H.U. and certain other circumstances that occurred during my confinement!

Therefore, I must ask you for the reception of a copy for my records?! And, I do apologize for inconveniencing you by this request!

Thank You
Robert C. Weldon