(14)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

rancis Filipi, Deputy Attorney General
loor, Strawberry Square
sburg, Pa. 17120

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)  B. Date of Delivery
   AUG 0 7 2001
C. Signature
X _____ ☐ Agent
         ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail

**FILED HARRISBURG**
NOV 0 1 2001
MARY E. D'ANDREA, CLERK
er _____ SK _____
DEPUTY CLERK

1-CV-01-1098

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Fisher, Pa. Attorney General
15th Floor, Strawberry Square
Harrisburg, Pa. 17120

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)  B. Date of Delivery
   AUG 0 2 2001
Signature
                    ☐ Agent
                    ☒ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

(2) of (2) - CV-01-109

2. Article Number (Copy from service label)
7000 0520 0023 0166 3944

Domestic Return Receipt   8/1/02   SCO

102595-00-M-0952
PS Form 3811, July 1999