(15)

Judge
William W. Caldwell

FILED
SCRANTON
NOV - 5 2001
PER _____
DEPUTY CLERK

Sir, I have written to you about not knowing how to write legal briefs and formal or informal requests. For, I don't know what to do!

And, I do know that if I don't receive some form of legal assistance, I am going to lose my civil-suit!

Yes, I do know my civil-rights! But, law is one thing I am not able to grasp or understand! Basically, some people are meant to be a doctor or a lawyer! I'm just not one of those people!

So, being that

② 

you are the judge assigned to my case, I'm turning to you in hope of you being able to tell me how to go about requesting attorney assistance?

My Case No.

1:01-CV-1098

Respectfully,

Robert C. Weldon

Robert C. Weldon

Date: Nov. 1st, 2001