ORIGINAL

FILED
HARRISBURG, PA

MAR 1 2 2002

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT C. WELDON | : | |
| | : | |
| Plaintiff | : | |
| | : | NO.  1:CV-01-1098 |
| v. | : | |
| | : | (Judge Caldwell) |
| | : | |
| MR.  NORK, *et al.*, | : | |
| | : | |
| Defendants | : | |

### DEFENDANT NORK'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, defendant Anthony J. Nork, moves for summary

judgment on the grounds that there is no genuine issue of material fact in dispute and

he is entitled to judgment in his favor as a matter of law.  Specifically, defendant issued

the challenged misconduct because of what defendant observed and not to retaliate

against plaintiff for his exercise of protected First Amendment rights.  A separate

Defendant's Statement of Material and Undisputed Facts is being filed with this

motion.

WHEREFORE, this Court should enter summary judgment in favor of defendant

Anthony J. Nork and against plaintiff Robert C. Weldon

Respectfully submitted,

D. MICHAEL FISHER
Attorney General

By: _Francis R. Filipi_

FRANCIS R. FILIPI
Senior Deputy Attorney General
Attorney ID# 18630

SUSAN J. FORNEY
Chief Deputy Attorney General

Office of Attorney General                              Counsel for defendant
15th Floor, Strawberry Square                           Anthony J. Nork
Harrisburg PA 17120
717.787.3874 (Direct Dial)
717.772.4526 (Facsimile)
Internet: ffilipi@attorneygeneral.gov

Date:  March 12, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT C. WELDON                              :
                                             :
                    Plaintiff                :
                                             :      NO.  1:CV-01-1098
          v.                                 :
                                             :      (Judge Caldwell)
                                             :
MR.  NORK, *et al.,*                          :
                                             :
                    Defendants               :

## CERTIFICATE OF SERVICE

I, FRANCIS R. FILIPI, Senior Deputy Attorney General for the Commonwealth

of Pennsylvania, Office of Attorney General, hereby certify that on this date I caused

to be served a true and correct copy of the foregoing document entitled Defendant

Nork's Motion for Summary Judgment by depositing same in the United States Mail,

first-class postage prepaid to the following:

> Robert C. Weldon, DL-7681
> State Correctional Institution at Dallas
> 1000 Follies Road
> Dallas, PA 18612-0286

FRANCIS R. FILIPI
Senior Deputy Attorney General

Date: March 12, 2002