

U.S. District Court
235 N. Washington Ave.
P.o. Box 1148
Scranton, Pa. 18501

March 18, 2002

In Re: Civil No. 1:01-cv-01098

To The Honorable:
Judge William W. Caldwell

Sir, in the past I requested as to how to go about requesting attorney assistance. I am requesting attorney assistance. I was informed by this court, by court order, denying me counsel. When I filed the complaint, I did not have the backing of my family, since then I have recieved their assistance, and their understanding.

I am actively seeking counsel, and I may have an idea of what my rights are, in actuality I haven't the knowledge to defend myself. Therefore I am ignorant of the law.

Your Honor, I respectfully request the time of "one Year" to be able to retain counsel and to allow for counsel to become acquianted with this case.


Respectfully Submitted,

*Robert C. Weldon*
Robert C. Weldon DL-7681
1000 Follies Road
Dallas, Pa. 18612

FILED

MAR 2 0 2002