OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

MARY E. D'ANDREA
Clerk of Court

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

Divisional Offices

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380



April 1, 2002

**FILED SCRANTON**
APR 0 2 2002
PER _____
DEPUTY CLERK

Mr. Robert C. Weldon
DL-7681
SCI-Dallas
Drawer K
1000 Follies Road
Dallas, PA 18612-0256

    Re:  <u>Weldon v. Nork, et al.</u>, Civil No. 1:CV-01-1098

Dear Mr. Weldon:

    This will acknowledge receipt of your letter, dated March 18, 2002, to Judge Caldwell, requesting a one-year stay of your case so that you can obtain counsel.

    Please be advised that Judge Caldwell cannot act upon requests contained in letters. If you wish the court to grant you a stay in your case, you must file a motion. The motion must be served on the Defendant.

    A quick review of the procedural history of your case reveals that Defendant Nork has recently filed a motion for summary judgment. After Defendant Nork files his supporting brief, you will have fifteen days to file opposition to that motion.

    The Judge may be receptive to a request for an enlargement of time to oppose the Defendant's motion. If you wish an enlargement of time, the way to seek one is to file a motion, with service on the Defendant. In that motion, you should specify how much of an enlargement you request and the reason it is needed.

                          Sincerely,

                            Lois A. Fuller
                            Pro Se Writ Clerk

laf