# IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Robert C. Weldon          :
       PLAINTIFF

vs.                     : CIVIL NO. 1:01-cv-1098

Mr. Nork, et al.       :
       DEFENDANT(S)

                           :

## MOTION FOR ENLARGEMENT OF TIME

I, Robert C. Weldon, Request to this court the enlargement of time to serve process to the period of one year, from April 12, 2002 to April 11, 2003. In-order to seek legal assistance, and to give counsel necessary time of acquaintance to case.

Date: April 12, 2002

Respectfully Submitted,

*Robert C. Weldon*

Robert C. Weldon DL-7681
1000 Follies Road
Dallas, Pa. 18612-0286

FILED
SCRANTON

APR 12 2002

PER _____

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Robert C. Weldon                    :
      **PLAINTIFF**
vs.                                 : CIVIL NO. 1:01-cv-1098

Mr. Nork, et al.                    :
      **DEFENDANT(S)**
                                 :

## CERTIFICATE OF SERVICE

I, ROBERT C. WELDON, hereby certify that on this date I caused to be served a true and correct copy of the foregoing document entitled Motion For Enlargement Of Time by depositing same in the United States Mail, first-class postage prepaid to the following:

MARY E. D'ANDREA
CLERK OF COURT
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA. 18501-1148

Date: April 12, 2002

Respectfully Submitted,

*Robert C. Weldon*
Robert C. Weldon DL-7681
1000 Follies Road
Dallas, Pa. 18612-0286

FILED
SCRANTON

APR 1 2 2002

PER _____
DEPUTY CLERK