

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT C. WELDON, :
:
    Plaintiff :
: CIVIL NO. 1:CV-01-1098
vs. :
: (Judge Caldwell)
MR. NORK, et al., :
:
    Defendants :

FILED
HARRISBURG, PA

APR 19 2002

MARY E. D'ANDREA, CLERK
Per _____

O R D E R

On April 12, 2002, pro se plaintiff Robert Weldon, filed a Motion for Enlargement of Time requesting a one-year stay of these proceedings so he may retain counsel. Although not specifically mentioned in his motion for enlargement of time, the Court will construe Weldon's request as a motion for enlargement of time to respond to defendant Nork's pending motion for summary judgment.

Finding Weldon's request for enlargement of time appropriate in principle, but impractical with respect to the amount of time requested, the Court will grant him a limited enlargement of time to obtain a lawyer and respond to defendants' motion for summary judgement. Plaintiff is advised that no other enlargements will be granted.

AND NOW, this 19th day of April, 2002, it is ordered that:

    1.    Weldon's Motion for an Enlargement of Time (doc. 22) is granted.

    2.    Weldon is granted thirty days from the date of this order to obtain counsel.

3. Weldon is directed to file a response in opposition to defendant Nork's motion for summary judgment within sixty days of the date of this order.

/s/ William W. Caldwell
WILLIAM W. CALDWELL
United States District Judge

-2-