ORIGINAL

25
7/8/0

In The U.S. District court
For The Middle District of Pennsylvania

| | |
|---|---|
| Robert C. Weldon,<br>    PLAINTIFF<br>v.<br>Mr. Nork, et al.,<br>    DEFENDANTS | Civil No.<br>1:01-CV-1098<br>(Judge Caldwell) |

FILED
HARRISBURG, PA
JUL 03 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## Statement to the court

I, Robert C. Weldon, have come before this court, with the filing of previous Motion/Civil Suit, Do hereby give Statement to this Court.

When this court sent to me a motion dismissing 16 of the original 17 defendants, This court had not the knowledge of, during the time of my filing, my placement in this jail was of my still being in the R.H.U. and with no money to where I could only send what I could send to this court!

-2-

I question this courts' actions and fairness when this courts' motion states that I must show actual/personal involvement. How could I file properly without any money - as stated previous!

This court must be brought to light of "Two Facts"! This "States' Board of correction ordered this Institution to perform an investigation into the "Filed Suit Issues" at Hand. This investigation, by order, was performed during the time of my placement in the R.H.U.. And, to date, when the investigation was completed, have not been told as to being cleared or not. Nor, Have I signed to recieve a copy of the investigation for my records - as per which, "Federal Law" mandates, and that Pennsylvania State Institutional Policy (DC-ADM #008, Section 6, Sub-Section a, No. 6) states that I must be given such documentation and written notification!

-3-

Again, I must stress to this court that I have not signed for such documentation ~or~ or for written notification!

Second Fact- I can show by "Two Letters" a break down through the entire "Chain of Command" and a "Threat to the Security of this Jail"! By which that "Chain of Command" is supposed to govern this institution and to the very people in authority who should know better.

I, as the "Plaintiff", feel that this court should order this State to reliquish such "Investigative Reports and Given Statements". Before, this court orders me to give such Summary Judgment. And, for this court to read such information before making any further rash decisions.

-4-

## Closing of Statement

If, this court is not in understanding of what I have just written. Then, this court must bring me before the bench and give me, the Plaintiff, the opportunity of explanation. For, I must stress to ask this court to "not go by assumption" toward what I have tried to state in my attempt of Statement to this court!

Respectfully Submitted,

Robert C. Weldon

June 25, 2002

→ CC: ~~of~~ on file