FILED
SCRANTON

JUL 1 8 2002

PER _____
DEPUTY CLERK

Ms. Mary E. D'Andrea

Please, send me a copy of the court Docketing History to where I can better follow my case and to where I can place the paperwork in the proper order.

Case No: 1:01-CV-1098

Assigned Judge: William W. Caldwell

July 16, 2002

Respectfully,

Robert C. Weldon

D.L.-# 7681

1000 Follies Rd.

Dallas, Pa. 18612