OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

**MARY E. D'ANDREA**
*Clerk of Court*

*Divisional Offices*
Harrisburg:     (717) 221-3920
Williamsport:   (570) 323-6380



July 22, 2002

FILED
SCRANTON
JUL 22 2002
PER _____
DEPUTY CLERK

Mr. Robert C. Weldon
DL-7681
SCI-Dallas
1000 Follies Road
Dallas, PA 18612

    Re: <u>Weldon v. Nork, et al.</u>, Civil No. 1:CV-01-1098

Dear Mr. Weldon:

    This is in response to your recent letter in which you request a copy of the docket entries in the case referenced above.

    Please be advised that the Clerk's Office does not provide free copies to individuals except by order of court. Copies are available to the public at a cost of $.50 per page. The docket sheet is six (6) pages, therefore, the cost for a copy is $3.00, which must be paid in advance.

    Upon receipt of your check or money order payable to the Clerk of Court, we will forward the copies to you.

                                  Sincerely,

                                  Lois A. Fuller
                                  Pro Se Writ Clerk

laf