ORIGINAL 1 to cv -1-    CV-01-1098

FILED
HARRISBURG, PA
AUG 13 2002
MARY E. D'ANDREA
Per ___

Judge William W. Caldwell

Your Honor, Granted I understand that I'm not supposed to directly write you. It is just that I recently requested the Clerks Office to send me a copy of the "Docket Entries".

The problem is, is that I have been met with refusal from a Pro Se Writ Clerk and her name is Ms. Lois A. Fuller.

Please, help me understand why I must file for a court order or pay, when I don't have the funds, to receive copies of the court Docket Entries. When, at the time of filing my complaint, I had filed under "in forma pauperis."

Also, please, understand that my letter to you, directly, is my chosen course of informal resolution.

-2-

Otherwise, by my filing through the Court to obtain the copies I had originally requested, I would have to request charges to be pressed against Ms. Fuller for her incompetence and contempt. And, this way, by informal resolution, the charges can be avoided.

I ask that you take my given Thank You for your time and assistance in bringing my request of informal resolution towards a resolution of understanding.

August 9, 2002

Respectfully,

Robert C. Weldon
Robert C. Weldon

Civil No:
1:01-CV-1098

DZ-7681
100 Follies Rd.
Dallas, Pa. 18612

CC: File