OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

**MARY E. D'ANDREA**
Clerk of Court

Divisional Offices

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380



August 15, 2002

Mr. Robert C. Weldon
DL-7681
SCI-Dallas
1000 Follies Road
Dallas, PA 18612-0286

**FILED SCRANTON AUG 15 2002 PER _____ DEPUTY CLERK**

Re: <u>Weldon v. Nork, et al.</u>, Civil No. 1:CV-01-1098

Dear Mr. Weldon:

This will acknowledge receipt of your letter dated August 9, 2002 to Judge Caldwell, requesting free copies of your docket entries. Judge Caldwell has asked me to send you the following response.

As you were informed by letter dated April 1, 2002, the Judge cannot act upon requests contained in letters. If you wish the court to authorize the Clerk to send you a copy of your docket entries without paying the copying costs, you must file a motion.

I hope this information has been of assistance to you.

Sincerely,

Lois A. Fuller
Pro Se Writ Clerk

laf