IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT C. WELDON, :
:
    Plaintiff :
: CIVIL NO. 1:CV-01-1098
vs. :
: (Judge Caldwell)
MR. NORK, et al., :
:
    Defendants :

O R D E R

AND NOW, this 18th day of December, 2002, in accordance with the accompanying Memorandum, it is ordered that:

1. Defendant's motion for summary judgment (doc. 17) is granted.

2. The Clerk of Court is directed to enter judgment in this case in favor of Defendant CO Nork and against Plaintiff Weldon, and to close this file.

/s/ William W. Caldwell
WILLIAM W. CALDWELL
United States District Judge

FILED
DEC 18 2002
PER ___
HARRISBURG, PA.    DEPUTY CLERK