

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

Robert C. Weldon,
    Plaintiff



        v.                CASE NUMBER: 1:CV-01-1098

Mr. Nork, C.O., Correctional Officer
SCI-Dallas,
    Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the defendant, MR. NORK, C.O., CORRECTIONAL OFFICER SCI-DALLAS and against the plaintiff, ROBERT C. WELDON.

Date: December 18, 2002                Mary E. D'Andrea, Clerk of Court

                                                (By) Ann Severino-Michael, Deputy Clerk